**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:**<br><br>**COOPER-BOOTH WHOLESALE COMPANY, L.P.**<br><br>**Debtor** | : | **CHAPTER 11**<br><br>**BANKRUPTCY NO. 13-14519 (MDC)** |
| **In re:**<br><br>**COOPER-BOOTH TRANSPORTATION COMPANY, L.P.**<br><br>**Debtor** | : | **CHAPTER 11**<br><br>**BANKRUPTCY NO. 13-14521 (MDC)** |
| **In re:**<br><br>**COOPER-BOOTH MANAGEMENT COMPANY, INC.**<br><br>**Debtor** | : | **CHAPTER 11**<br><br>**BANKRUPTCY NO. 13-14522 (MDC)** |

## STATEMENT OF QUALIFICATION AS COMPLEX CHAPTER 11 CASE

On May 21, 2013, Cooper-Booth Wholesale Company, L.P.; Cooper-Booth Transportation Company, L.P.; and Cooper-Booth Management Company, Inc. (collectively, the "Debtors") filed voluntary petitions for relief pursuant to Chapter 11 of Title 11 of the United States Code. The undersigned attorney for the Debtors believes that this case qualifies under Local Bankruptcy Rule 1002-2 as a complex chapter 11 case because the Debtors' total debt exceeds the minimum requirement under Local Bankruptcy Rule 1002-2 of total debt in the amount of $10 million, and

______ The debtor's debt securities are publicly traded

______ The debtor's equity securities are publicly traded, and/or

__X__ There are 100 or more parties in interest in the case.

**Respectfully submitted,**

**MASCHMEYER KARALIS P.C.**

By: /s/ Aris J. Karalis
ARIS J. KARALIS
ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
Proposed Attorneys for the Debtors

Dated: May 21, 2013