**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:**<br><br>**COOPER-BOOTH WHOLESALE COMPANY, L.P.**<br><br>**Debtor** | : | **CHAPTER 11**<br><br>**BANKRUPTCY NO. 13-14519 (MDC)** |
| **In re:**<br><br>**COOPER-BOOTH TRANSPORTATION COMPANY, L.P.**<br><br>**Debtor** | : | **CHAPTER 11**<br><br>**BANKRUPTCY NO. 13-14521 (MDC)** |
| **In re:**<br><br>**COOPER-BOOTH MANAGEMENT COMPANY, INC.**<br><br>**Debtor** | : | **CHAPTER 11**<br><br>**BANKRUPTCY NO. 13-14522 (MDC)** |

**ORDER DIRECTING THE JOINT ADMINISTRATION OF**
**DEBTORS' CHAPTER 11 CASES PURSUANT TO**
**FED.R.BANKR. P. 1015(b) AND GRANTING OTHER RELATED RELIEF**

**AND NOW,** this _____ day of _______, 2013, upon consideration of Debtors' Motion for Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases Pursuant to Fed.R.Bankr.P. 1015(b) and Granting Other Related Relief (the "Motion") and good and sufficient notice of the hearing on the Motion having been provided; and the Court having considered the moving papers, the opposition thereto, if any, and the arguments of counsel; and good cause appearing for the entry of this Order,

**IT IS ORDERED** as follows:

1. The following Chapter 11 cases shall be jointly administered:

(a) Cooper-Booth Wholesale Company, L.P. – Bankruptcy No. 13-14519 (MDC);

(b) Cooper-Booth Transportation Company, L.P. – Bankruptcy No. 13-14521 (MDC); and

(c) Cooper-Booth Management Company, Inc. – Bankruptcy No. 13-14522 (MDC).

2. The caption of the Debtors' jointly administered cases shall read:

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **COOPER-BOOTH WHOLESALE COMPANY, et al.** | : | **Bankruptcy Nos. 13-14519(MDC), 13-14521(MDC) and 13-14522(MDC) (Jointly Administered)** |
| **Debtors** | : | |
| | : | |

3. An entry on the docket for both of the Debtors' cases shall be made noting that the case is jointly administered and that parties should consult the docket for Case No. 13-______ for all matters relevant to the within jointly administered cases.

**BY THE COURT:**

____________________________________

**HONORABLE MAGDELINE D. COLEMAN**
UNITED STATES BANKRUPTCY JUDGE