**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** <br><br> **COOPER-BOOTH WHOLESALE COMPANY, L.P.** <br><br> **Debtor** | : | **CHAPTER 11** <br><br> **BANKRUPTCY NO. 13-14519 (MDC)** |
| **In re:** <br><br> **COOPER-BOOTH TRANSPORTATION COMPANY, L.P.** <br><br> **Debtor** | : | **CHAPTER 11** <br><br> **BANKRUPTCY NO. 13-14521 (MDC)** |
| **In re:** <br><br> **COOPER-BOOTH MANAGEMENT COMPANY, INC.** <br><br> **Debtor** | : | **CHAPTER 11** <br><br> **BANKRUPTCY NO. 13-14522 (MDC)** |

**ORDER GRANTING MOTION OF DEBTORS FOR AN ORDER AUTHORIZING AND APPROVING MAINTENANCE AND USE OF EXISTING BANK ACCOUNTS; USE OF EXISTING BOOKS, RECORDS, AND BUSINESS FORMS; AND CONTINUED USE OF EXISTING INVESTMENT GUIDELINES**

**AND NOW,** this _____ day of _______, 2013, upon consideration of the Motion of Debtors for an Order Authorizing and Approving Maintenance and Use of Existing Bank Accounts; Use of Existing Books, Records, and Business Forms; and Continued Use of Existing Investment Guidelines (the "Motion")[1] and good and sufficient notice of the hearing on the Motion having been provided; and the Court having considered the moving papers, the opposition thereto, if any, and the arguments of counsel; and good cause appearing for the entry of this Order,

[1] Unless otherwise defined herein, all capitalized terms shall have the same meanings ascribed to them in the Motion.

**IT IS ORDERED** as follows:

1. The Debtors are authorized to: (a) designate, maintain and continue to use any or all of their Bank Accounts, in the names and with the account numbers existing immediately before the Petition Date; (b) deposit funds in and withdraw funds from these accounts by all usual means, including, without limitation, checks, wire transfers, automated transfers and other debits; and (c) treat their pre-petition Bank Accounts for all purposes as debtor-in-possession accounts.

2. The Debtors are authorized to open any new bank accounts or close any existing Bank Accounts as they may deem necessary and appropriate in their sole discretion.

3. The Debtors are authorized to continue using their Books, Records, and Forms without reference to their status as debtors-in-possession.

4. The Debtors are authorized to continue using their existing Investment Guidelines as described in the Motion.

**BY THE COURT:**

________________________________________

**HONORABLE MAGDELINE D. COLEMAN**
UNITED STATES BANKRUPTCY JUDGE