# EXHIBIT "A"

Cooper Booth Wholesale LP

Combined Schedule of Projected Cash Receipts and Disbursements

For the Week Ended

| | 05/25/2013 | 6/1/2013 | 6/8/2013 | 6/15/2013 | Total |
|---|---|---|---|---|---|
| Cash Receipts | | | | | |
| Sales | 7,302,978 | 14,386,994 | 15,796,387 | 16,438,614 | 53,924,974 |
| Customer programs | (141,000) | (141,000) | (141,000) | (141,000) | (564,000) |
| Miscellaneous | - | 10,513 | 8,058 | 8,847 | 27,418 |
| Cigr maufacturing rebtates | - | - | - | - | - |
| Other mfg rebate income | 2,576 | 1,776 | 1,776 | 1,776 | 7,904 |
| Restocking fees | - | - | - | - | - |
| | - | - | - | - | - |
| Total cash receipts | 7,164,554 | 14,258,283 | 15,665,221 | 16,308,237 | 53,396,295 |
| Product Disbursement | | | | | |
| Product (Note 2) | 2,700,000 | 16,354,505 | 16,354,505 | 16,960,228 | 52,369,238 |
| Other mfg rebate income | - | | | | - |
| Freight out | 8,200 | 8,200 | 8,200 | 8,200 | 32,800 |
| Customer programs | (63,000) | (63,000) | (63,000) | (63,000) | (252,000) |
| | - | - | - | - | - |
| Total Product Disbursements | 2,645,200 | 16,299,705 | 16,299,705 | 16,905,428 | 52,150,038 |
| Operating Disbursements | | | | | |
| Payroll (Note 1) | - | 257,250 | 278,798 | 225,391 | 761,438 |
| Payroll taxes | - | 25,725 | 27,880 | 22,539 | 76,144 |
| R&M - building | - | 3,100 | - | 6,500 | 9,600 |
| R&M - equipment | - | 5,200 | - | 10,400 | 15,600 |
| Recruiting | - | 1,300 | - | 1,300 | 2,600 |
| Stamp machine | - | - | - | - | - |
| Licenses & fees | - | - | - | - | - |
| Warehouse -- misc | - | 250 | 250 | 250 | 750 |
| Warehouse supplies | 5,306 | 6,531 | 6,531 | 6,531 | 24,900 |
| Truck leasing/rentals & maint | - | - | - | 1,965 | 1,965 |
| Uniform expense | - | 1,600 | - | - | 1,600 |
| Delivery expsnes | - | 600 | - | 600 | 1,200 |
| Lodging & M&E | 400 | | 400 | | 800 |
| Fuel - tank | 28,000 | 28,049 | 28,049 | 28,049 | 112,147 |
| Fuel | - | 150 | - | 150 | 300 |
| R&M trucks | - | 5,802 | 19,643 | 7,143 | 32,589 |
| Transportation supplies | 6,517 | 8,023 | 8,023 | 8,023 | 30,586 |
| Sales expenses | 10,439 | 12,851 | 12,851 | 12,851 | 48,992 |
| 401(k) | - | - | 600 | - | 600 |
| Auto | - | - | 300 | - | 300 |
| Bank service charge | - | - | 5,000 | - | 5,000 |
| Building rental | - | - | 34,715 | - | 34,715 |
| Collection | - | - | - | 600 | 600 |
| Consulting | - | - | 650 | 10,500 | 11,150 |
| Employee relations | - | - | - | 1,000 | 1,000 |
| Hardware maintenance | - | - | 5,500 | - | 5,500 |
| Hardware supplies | - | - | - | 2,000 | 2,000 |
| insurance - business | - | - | 20,000 | - | 20,000 |
| Insurance - medical | 10,000 | 5,000 | 10,000 | 15,000 | 40,000 |
| Leases | - | 1,000 | - | - | 1,000 |
| Licenses & fees | - | - | - | 1,000 | 1,000 |
| Officer T&E | - | | 1,000 | 1,000 | 2,000 |
| Office supplies | - | 3,000 | 3,000 | 3,000 | 9,000 |
| Other taxes | - | - | - | 5,500 | 5,500 |
| R&M office equipment | - | - | - | - | - |
| R/E taxes | - | - | - | - | - |
| Software maintenance | - | - | 1,500 | - | 1,500 |
| Software supplies | - | - | - | 2,000 | 2,000 |
| OTP excise taxes | - | | | | - |

Cooper Booth Wholesale LP

Combined Schedule of Projected Cash Receipts and Disbursements

For the Week Ended

| | 05/25/2013 | 6/1/2013 | 6/8/2013 | 6/15/2013 | Total |
|---|---|---|---|---|---|
| Utilites | - | - | - | 2,500 | 2,500 |
| Ultilites deposits | - | - | - | - | - |
| Gross receipts tax | - | - | - | 15,000 | 15,000 |
| Total Operating Disbursement | 60,662 | 365,432 | 464,690 | 390,793 | 1,281,577 |
| Operating cash flow | 4,458,692 | (2,406,854) | (1,099,175) | (987,983) | (35,320) |
| Other Disbursements | | | | | |
| Adequate protection payments | - | - | - | - | - |
| PNCEF (A)-- equipment | - | 19,600 | | | 19,600 |
| PNCEF (B)-- equipment | - | | | 34,812 | 34,812 |
| Company professional fees: | - | - | - | - | - |
| Counsel - Debtor | - | - | - | - | - |
| Counsel -- special | - | - | - | - | - |
| Financial advisors | - | - | - | - | - |
| Accountants | - | - | - | - | - |
| Committee professional fees: | - | - | - | - | - |
| Counsel | - | - | - | - | - |
| Financial adviors | - | - | - | - | - |
| US Trustee | - | - | - | - | - |
| | - | - | - | - | - |
| Total Other Disbursements | - | 19,600 | - | 34,812 | 54,412 |
| Total cash flow | 4,458,692 | (2,426,454) | (1,099,175) | (1,022,795) | (89,732) |
| Cash -- beginning (Note 3) | 2,055,824 | 6,514,516 | 4,088,062 | 2,988,887 | 2,055,824 |
| Cash -- Ending | 6,514,516 | 4,088,062 | 2,988,887 | 1,966,092 | 1,966,092 |

Notes
1: Payroll includes salaries, wages, commissions and incentive payments
2: Assumes COD and includes cigarettes stamps' purchases on a pay as needed basis
3: Bank accounts balances are subect to reconciliaiton.