**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **COOPER-BOOTH WHOLESALE COMPANY, L.P.** | : | **BANKRUPTCY NO. 13-14519 (MDC)** |
| | : | |
| **Debtor** | : | |

# ORDER

**AND NOW,** this ___ day of _______, 2013, upon consideration of the Motion (the "Motion")[1] of Cooper-Booth Wholesale Company, L.P. (the "Debtor") for entry of an Order authorizing the Debtor to maintain and administer its merchandising program (the "Customer Program") and honor certain pre-petition obligations to customers related thereto in the ordinary course of business and in a manner consistent with past practice, and after notice and hearing, it is hereby

**ORDERED,** that the Motion is **GRANTED**; it is further

**ORDERED,** that the Debtor is authorized, in its sole discretion, to maintain and administer, in the ordinary course of business and in a manner consistent with past practice, the Customer Program that the Debtor developed to enhance patron loyalty and develop goodwill; it is further

**ORDERED,** that the Debtor is authorized, in its discretion, to honor obligations owing to certain customers and pay outstanding amounts accrued pre-petition in connection with the Customer Program in the ordinary course of business (the "Customer Program Obligations"); it is further

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**ORDERED,** that nothing in the Motion or this Order, nor as a result of the Debtor's payment of any Customer Program Obligations pursuant to this Order, shall be deemed or construed as an admission as to the validity or priority of any claim against the Debtor or an approval or assumption of any agreement, contract or lease pursuant to Section 365 of the Bankruptcy Code; it is further

**ORDERED,** that the Debtor is authorized to honor the pre-Petition Date payments, rebates and discounts associated with the Customer Program; it is further

**ORDERED,** that the Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Order; it is further

**ORDERED,** that the requirements set forth in Rule 6003(b) of the Federal Rules of Bankruptcy Procedure are satisfied by the contents of the Motion; and it is further

**ORDERED,** that notwithstanding the possible applicability of Bankruptcy Rules 6004, 7062 and 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

**BY THE COURT:**

______________________________

**HONORABLE MAGDELINE D. COLEMAN**
UNITED STATES BANKRUPTCY JUDGE