# **EXHIBIT "A"**

| Utility Company | Address | City | State | Zip Code | Account Number | Supplies | Average Monthly Payment | Half Month Payment |
|---|---|---|---|---|---|---|---|---|
| UGI Corporation | P.O. Box 15523 | Wilmington | DE | 19886-5523 | 319144832009 | Natural Gas | 490 | 245.00 |
| PPL Electric Utilities | 2 North 9th Street, CPC-GENN1 | Allentown | PA | 18101-1175 | 59930-97005 | Electric | 2,437 | 1,218.50 |
| Hess Corporation | P.O. Box 905243 | Charlotte | NC | 28290-5243 | 5993097005 | Electric | 14,190 | 7,095.00 |
| LASA | P.O. Box 556 | Mountville | PA | 17554 | 058087 | Sewer | 271 quarterly | 45.17 |
| Comcast | P.O. Box 3005 | Southeastern | PA | 19398-3005 | 900981820 | Internet | 2,092 | 1,046.00 |
| Waste Management | P.O. Box 9001171 | Louisville | KY | 40290-1171 | 00011-19571-53005<br>00011-20310-83003 | Trash Removal | 3,549 | 1,774.50 |
| Verizon Wireless | P.O. Box 25505 | Lehigh Valley | PA | 18002-5505 | '920463667-00001 | Cell Phones | 1,028 | 514.00 |
| City of Lancaster | 39 West Chestnut Street | Lancaster | PA | 17608 | 58920 (cust # 696) | Water | 680 quarterly | 113.34 |
| | | | | | | | $ | 12,052 |