**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:**<br><br>**COOPER-BOOTH WHOLESALE COMPANY, L.P.**<br><br>**Debtor** | : | **CHAPTER 11**<br><br>**BANKRUPTCY NO. 13-14519(MDC)** |
| **In re:**<br><br>**COOPER-BOOTH TRANSPORTATION COMPANY, L.P.**<br><br>**Debtor** | : | **CHAPTER 11**<br><br>**BANKRUPTCY NO. 13-14521(MDC)** |
| **In re:**<br><br>**COOPER-BOOTH MANAGEMENT COMPANY, INC.**<br><br>**Debtor** | : | **CHAPTER 11**<br><br>**BANKRUPTCY NO. 13-14522(MDC)** |

**FINAL ORDER: (I) PROHIBITING UTILITY COMPANIES FROM DISCONTINUING, ALTERING OR REFUSING SERVICE; (II) DEEMING UTILITY COMPANIES TO HAVE ADEQUATE ASSURANCE OF PAYMENT; AND (III) ESTABLISHING PROCEDURES FOR RESOLVING REQUESTS FOR ADDITIONAL ASSURANCE PURSUANT TO 11 U.S.C. § 366**

**AND NOW**, this _____ day of _______, 2013, upon consideration of the motion (the "Motion")[1] of the above-captioned debtors-in-possession (collectively, the "Debtors") for entry of interim and final orders pursuant to 11 U.S.C. § 366: (i) prohibiting the Utility Companies from altering, refusing or discontinuing services to the Debtors on the basis of the commencement of these cases or on account of any unpaid invoices for services provided prior to the Petition Date; (ii) deeming the Utility Companies adequately assured of future performance on the basis of the establishment of a Utility Deposit; and (iii) establishing

[1] Unless otherwise defined herein, all capitalized terms shall have the same meanings ascribed to them in the Motion.

procedures for resolving requests for additional assurance of payment, notice of the Motion being sufficient under the circumstances; and sufficient cause appearing therefor, it is hereby **ORDERED**, as follows:

1. The Motion is **GRANTED** on a final basis.

2. The Debtors shall pay all post-petition utility charges in accordance with their pre-petition date practices on all utility services rendered by the Utility Companies to the Debtors.

3. Within twenty (20) business days after the date of entry of this Order, the Debtors shall furnish the Utility Companies adequate assurance of payment for post-petition services by issuing a security deposit, equal to one-half month's average utility consumption based upon the Debtors' consumption during the previous year, to each Utility Company (the "Utility Deposit"), for the purposes of providing each Utility Company with adequate assurance of payment of its post-petition date services to the Debtors.

4. Absent any further order of the Court, each Utility Company is hereby prohibited from: (i) disconnecting, altering, or refusing service to the Debtors on account of any unpaid prepetition charges, or (ii) requiring payment of an additional security deposit or receipt of any other security from the Debtors in connection with any unpaid prepetition charges, except as set forth herein and in the Motion.

5. The procedures for determining requests for additional assurance of payment as described in the Motion are approved as follows:

(a) Any Utility Company may request additional assurance of payment (an "Additional Payment Request") within thirty (30) days after the Petition Date (the "Additional Payment Request Deadline") by submitting the

request to counsel to the Debtors, Maschmeyer Karalis P.C., 1900 Spruce Street, Philadelphia, PA 19103, Attention: Aris J. Karalis, Esquire;[2]

(b) Any Additional Payment Request must (i) be in writing, (ii) set forth the location for which utility services are provided, (iii) include a summary of the Debtors' payment history relevant to the affected account(s), including any security deposits or other pre-payments or assurances previously provided by the Debtors, (iv) describe in sufficient detail the reason(s) why the treatment afforded pursuant to the procedures set forth herein does not constitute satisfactory adequate assurance of payment, (v) include a proposal for what would constitute adequate assurance from the Debtors, along with an explanation of why such proposal is reasonable;

(c) If a Utility Company makes a timely Additional Payment Request that the Debtors believe is reasonable, the Debtors shall be authorized in their sole discretion to comply with such request without further order of the Court;

(d) If the Debtors believe that a Utility Company's Additional Payment Request is unreasonable, the Debtors will schedule a hearing before the Court (a "Determination Hearing") to determine adequate assurance to such Utility Company as necessary, or if additional assurance as to payment to such Utility Company is necessary;

(e) Pending resolution of a Utility Company's Additional Payment Request at a Determination Hearing, such party shall be prohibited from altering, refusing or discontinuing service to the Debtors;

(f) If a Utility Company fails to send an Additional Payment Request by the Additional Payment Request Deadline, such Utility Company shall have waived its right to make an Additional Payment Request and shall be deemed to have received adequate assurance of payment in accordance with § 366(c)(1)(A) by virtue of the Utility Deposit; and

(g) A Utility Company shall be deemed to have adequate assurance of payment unless and until a future Order of this Court is entered requiring further adequate assurance of payment.

6. The Debtors are authorized, in their sole discretion, to amend the list of Utility Companies attached as Exhibit "A" to the Motion or to add or delete any Utility Company.

[2] In the event a Utility Company requested an Additional Payment Request prior to the entry of this Final Order approving the procedures described herein, the Debtor shall have ten (10) business days from the entry of this Final Order to comply with or dispute such Additional Payment Request.

7. If the Debtors amend the list of Utility Companies to add a Utility Company not previously included (an "Additional Utility Provider"), the Debtors shall issue a security deposit equal to one-half month of services utilized by the Debtors, based on a yearly average, as adequate assurance of future performance to the Additional Utility Provider. This Order shall apply to any such Utility Company that is subsequently added to Exhibit "A" to the Motion, provided that an Additional Utility Provider shall have thirty (30) days from the date of service of the Motion and Order to make an Additional Payment Request. If an Additional Payment Request is made, the Debtors shall abide by the procedures set forth herein.

8. The Debtors are hereby authorized and empowered to take all actions necessary to implement the relief granted in this Order.

9. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**BY THE COURT:**

______________________________________
HONORABLE MAGDELINE D. COLEMAN,
UNITED STATES BANKRUPTCY JUDGE