UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Chapter 11 |
| | : | |
| COOPER-BOOTH WHOLESALE COMPANY, L.P. | : | |
| | : | |
| | : | |
| Debtor. | : | Bankruptcy No.: 13-14519 (MDC) |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that pursuant to Federal Bankruptcy Rules 2002 and 9010, the undersigned hereby appears in the above captioned matter on behalf of the United States trustee for Region 3, and demands that all notices, motions, etc., given or required to be given in this case, and that all papers, etc., served in this case, be given to and served upon the following:

**Kevin P. Callahan, Trial Attorney**
**Office of the United States trustee**
**833 Chestnut Street, Suite 500**
**Philadelphia, PA 19107**
**Tel: (215) 597-4411**
**Fax: (215) 597-5795**

DATED this 22nd day of May, 2013.

ROBERTA A. DeANGELIS
United States trustee, Region 3

By:    */s/ Kevin P. Callahan*
Kevin P. Callahan, Trial Attorney
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
Tel: 215-597-4411