## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: | ) | CASE NO. 13-14519-mdc |
| | ) | |
| COOPER-BOOTH WHOLESALE COMPANY, LP | ) ) | Chapter 11 Proceedings |
| | ) | |
| Debtor. | ) | |

### NOTICE OF APPEARANCE OF COUNSEL AND
### REQUEST FOR SERVICE OF PAPERS AND RECEIPT OF NOTICES

Mark A. Amendola, Esq. hereby enters his Notice of Appearance as counsel for **Del Monte Fresh Produce N.A., Inc.,** a perfected trust creditor of the Debtor under the Perishable Agricultural Commodities Act ("PACA") 7 U.S.C. §499 *et seq.* Pursuant to Bankruptcy Rule 2002(g) and Section 1109(b) of the United States Bankruptcy Code, the undersigned requests that he be served with all orders, proposed orders, notices, applications, motions, petitions, pleadings, requests, complaints and demands, whether formal or informal, given or required to be given by the Court or any party, at the designated address, telephone number and/or email address below.

Respectfully submitted,

*/s/ Mark A. Amendola*
MARK A. AMENDOLA
 P.A. Bar I.D. No. 79952
 Admitted to the Eastern District of Pennsylvania
MARTYN AND ASSOCIATES
820 Superior Avenue, N.W.
Tenth Floor
Cleveland, Ohio  44113
(216) 861-4700 - telephone
(216) 861-4703 - facsimile
*mamendola@martynlawfirm.com*

Attorneys for PACA trust creditor Del Monte Fresh Produce N.A., Inc.

## **CERTIFICATE OF SERVICE**

A copy of the foregoing Notice of Appearance of Counsel and Request For Service of Papers And Receipt of Notices was electronically filed and served to all counsel of record through the Court's ECF system this 22nd day of May 2013.

        */s/ Mark A. Amendola*
One of the Attorneys for PACA trust creditor
Del Monte Fresh Produce N.A., Inc.