# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **COOPER-BOOTH WHOLESALE COMPANY, L.P.** | : | **BANKRUPTCY NO. 13-14519 (MDC)** |
| | : | |
| Debtor | : | |
| | : | |
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **COOPER-BOOTH TRANSPORTATION COMPANY, L.P.** | : | **BANKRUPTCY NO. 13-14521 (MDC)** |
| | : | |
| Debtor | : | |
| | : | |
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **COOPER-BOOTH MANAGEMENT COMPANY, INC.** | : | **BANKRUPTCY NO. 13-14522 (MDC)** |
| | : | |
| Debtor | : | |
| | : | |

## NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES PURSUANT TO FED. R. BANKR. P. 2002 AND 9010(b)

Pursuant to Fed. R. Bankr. P. 2002(g) and (i) and 9010(b), the undersigned enters an appearance for PNC Bank, National Association ("PNC") and PNC Equipment Finance, LLC ("PNCEF" and, together with PNC, the "Banks"), and requests that the Banks be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices, and other papers filed or served in this case or any proceeding therein be served on the undersigned at the following address or facsimile number:

Brian M. Schenker, Esquire
REED SMITH LLP
2500 One Liberty Place
1650 Market Street

US_ACTIVE-104445209.1

Philadelphia, PA 19103  
Telephone: (215) 851-8100  
Facsimile: (215) 851-1420  
E-mail:  bschenker@reedsmith.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, operating reports, plan of reorganization, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the Banks' (i) rights to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) rights to trial by jury in any proceeding so triable in any case, controversy, or adversary proceeding; (iii) righst to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Banks are or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  May 23, 2013                        Respectfully submitted,

                                  By:    s/Brian M. Schenker  
                                        Derek J. Baker, Esq. (No. 82207)  
                                        Brian M. Schenker, Esq. (No. 208936)  
                                        REED SMITH LLP  
                                        2500 One Liberty Place  
                                        1650 Market Street  
                                        Philadelphia, PA  19103  
                                        Telephone:  (215) 851-8100

- 3 -

           Facsimile:  (215) 851-1420
           E-mail: dbaker@reedsmith.com
                   bschenker@reedsmith.com

*Counsel for PNC Bank, National Association and PNC Equipment Finance, LLC*

US_ACTIVE-104445209.1