IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| COOPER-BOOTH WHOLESALE | : | Bankruptcy Nos. 13-14519 (MDC), |
| COMPANY, L.P., *et al.*, | : | 13-14521 (MDC) and 13-14522 (MDC) |
| | : | (Jointly Administered) |
| Debtors. | : | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that Quaker Sales & Distribution, Inc. ("Quaker") hereby appears by its counsel, Joseph D. Frank and Jeremy C. Kleinman and FrankGecker LLP; such counsel hereby enter their appearances pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following persons at the following address, telephone number, facsimile number and email addresses:

Joseph D. Frank
Jeremy C. Kleinman
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60654
Telephone:  (312) 276-1400
Facsimile:  (312) 276-0035
jfrank@fgllp.com
jkleinman@fgllp.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or

{PBG/001/00034969.DOC/}

request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile transmission, electronic mail transmission, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Request for Service of Notices and Documents shall not be deemed or construed to be a waiver of the rights of Quaker:  (i) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to contest the jurisdiction of this Court over Quaker; or (v) of any other rights, claims, actions, setoffs, or recoupments to which Quaker may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Quaker expressly reserves.

Dated:  May 24, 2013

QUAKER SALES & DISTRIBUTION, INC.

By:    */s/ Joseph D. Frank*
Joseph D. Frank (IL Bar No. 6216085)
Jeremy C. Kleinman (IL Bar No. 6270080)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60654
Telephone:    (312) 276-1400
Facsimile:    (312) 276-0035
jfrank@fgllp.com
jkleinman@fgllp.com

## CERTIFICATE OF SERVICE

I, Joseph D. Frank, an attorney, state that on **May 24, 2013**, a copy of the foregoing **Notice of Appearance and Request for Service of Notices and Documents** was filed electronically.  Notice of this filing will be sent to all parties listed on the Court's Electronic Mail Notice List by operation of the Court's CM/ECF system.  In addition, copies were served via first class U.S. mail, proper postage prepaid, upon the parties listed below:

| **Debtors' Proposed Counsel** | **United States Trustee** |
|:---:|:---:|
| Aris J. Karalis | Kevin P. Callahan |
| Robert W. Seitzer | OFFICE OF THE UNITED STATES TRUSTEE |
| MASCHMEYER KARALIS P.C. | 833 Chestnut Street |
| 1900 Spruce Street | Suite 500 |
| Philadelphia, Pennsylvania  19103 | Philadelphia, Pennsylvania  19107 |
| *Telephone:  (215) 546-4500* | *Telephone:  (215) 597-4411* |
| *Facsimile:  (215) 985-4175* | Kevin.p.callahan@usdoj.gov |
| akaralis@cmklaw.com | |
| rseitzer@cmklaw.com | |

By:    *Joseph D. Frank*