IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| COOPER-BOOTH WHOLESALE COMPANY, L.P., *et al*[1], | : Case No. 13-14519 (MDC) |
| | : |
| | : Jointly Administered |
| Debtors. | : |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Please take notice that Zurich American Insurance Company and affiliates including American Guarantee and Liability Insurance Company ("Zurich"), hereby enters its appearance by and through its undersigned counsel, Eckert Seamans Cherin & Mellott, LLC, pursuant to Bankruptcy Rules 2002 and 9019 and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code, and requests that all notices be given or required to be given in these cases and all papers served or required to be served in these cases, be given to and served upon the following:

> Karen Lee Turner, Esquire
> **Eckert Seamans Cherin & Mellott, LLC**
> Two Liberty Place
> 50 S. 16th Street, 22nd Floor
> Philadelphia, PA 19102
> Telephone: (215) 851-8400
> Facsimile: (215) 851-8383
> kturner@eckertseamans.com

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motions. Petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, petition, pleading, request, whether formal or informal, written or oral, and whether transmitted or conveyed

---

[1] The debtors in these chapter 11 cases are Cooper-Booth Wholesale Company, L.P., Cooper-Booth Transportation Company, L.P., and Cooper-Booth Management Company, Inc.

1

[M1149388.1]

by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings herein.

This Notice and Request is not intended to and shall not be deemed or construed to be a waiver by such creditor (i) to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding arising in or related to these cases, and (ii) or any right, remedy, claim, action, setoff or recoupment to which such credit is or may be entitled, in law or in equity, all of which are hereby expressly reserved and preserved.

ECKERT SEAMANS CHERIN
& MELLOTT, LLC

Dated: May 28, 2013

_____
Karen Lee Turner (Pa ID 27898)
Two Liberty Place
50 S. 16th Street, 22nd Floor
Philadelphia, PA  19102
Telephone: (215) 851-8400
Facsimile: (215) 851-8383
kturner@eckertseamans.com

*Counsel for Zurich American Insurance Company and affiliates including American Guarantee and Liability Insurance Company*

[M1149388.1]